RECEIVED AND FILED
CLERK'S OFFICE USDC PR

Page 2

2024 MAR 6 AM 8:49

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Puerto Rico | |
|---|---|---|---|
| Name (under which you were convicted):<br>Bernardo Coplin-Benjamin | | Docket or Case No.:<br>18-066-005 (FAB) | |
| Place of Confinement:<br>FCC Allenwood Low | | Prisoner No.:<br>72291-050 | |
| UNITED STATES OF AMERICA | | Movant (include name under which convicted) | |
| | v. | Bernardo Coplin-Benjamin | |

## MOTION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: **U.S. District Court for the District of Puerto Rico, San Juan, P.R.**

    (b) Criminal docket or case number (if you know): **18-066-005 (FAB)**

2.  (a) Date of the judgment of conviction (if you know): **Unknown**

    (b) Date of sentencing: **08/27/2021**

3.  Length of sentence: **262 months**

4.  Nature of crime (all counts): **Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 USC §846, and Conspiracy to Import a Controlled Substance into the United States in violation of 21 USC §963.**

5.  (a) What was your plea? (Check one)

    (1) Not guilty ❑        (2) Guilty ☒        (3) Nolo contendere (no contest) ❑

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

    _____

    _____

    _____

6.  If you went to trial, what kind of trial did you have? (Check one)        Jury ❑        Judge only ❑

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ❑        No ❑

8.  Did you appeal from the judgment of conviction?          Yes ☒          No ☐

9.  If you did appeal, answer the following:

    (a) Name of court: <u>U.S. Court of Appeals for the First Circuit</u>

    (b) Docket or case number (if you know): <u>No. 21-1737</u>

    (c) Result: <u>Affirmed</u>

    (d) Date of result (if you know): <u>08/21/2023</u>

    (e) Citation to the case (if you know): <u>79 F.4th 36; 2023 U.S. App.LEXIS 21937</u>

    (f) Grounds raised: <u>(1) that he was a "supervisor" and not a "leader", so 4-</u>
<u>level leadership was erroneously applied; (2) the Court failed to consider</u>
<u>3553(a) factors regarding cooperation with the government; (3) sentence</u>
<u>was substantially unreasonable due to receiving much longer sentence</u>
<u>than co-defendants.</u>

    (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐ No ☒

       If "Yes," answer the following:

       (1) Docket or case number (if you know): _____

       (2) Result: _____

       (3) Date of result (if you know): _____

       (4) Citation to the case (if you know): _____

       (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐ No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

       (2) Docket or case number (if you know): _____

       (3) Date of filing (if you know): _____

       (4) Nature of the proceeding: _____

       (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

   Yes ❏  No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

   Yes ❏  No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

   (1) First petition:          Yes ❏  No ❏

   (2) Second petition:       Yes ❏  No ❏

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** <u>Ineffective Assistance of Counsel pertaining to the Specific</u> <u>Requests and Demands of the Client Which Were Ignored.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____
<u>(See Attached Memorandum of Law in Support)</u>

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: <u>Ineffectiveness claims</u> <u>are generally not cognizable on Direct Review.</u>

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND TWO:** <u>Ineffective Assistance of Counsel Pertaining to Failure to</u>
<u>Make Specific Discovery Arguments.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

  <u>(See Attached Memorandum of Law in Support)</u>

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: <u>Ineffective Assistance</u>
<u>of Counsel claims generally not cognizable on Direct Review.</u>

_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:_____

    Name and location of the court where the motion or petition was filed:_____

    _____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    _____

    _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑   No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:_____

    _____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    _____

    _____

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

    issue: _____

    _____

    _____

    _____

    _____

    _____

**GROUND THREE:** Ineffective Assistance of Counsel due to Counsel Pimentel's Clear and Stated Bias Against Dominican Clientele.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____
(See Attached Memorandum of Law in Support) _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: Ineffective Assistance of Counsel Claims generally not cognizable on direct review. _____

(c)  **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

       Yes ☐  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:_____

    Name and location of the court where the motion or petition was filed:_____

_____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

_____
_____

    (3) Did you receive a hearing on your motion, petition, or application?

       Yes ☐  No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

       Yes ☐  No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

       Yes ☐  No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:_____

_____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____
_____
_____
_____

**GROUND FOUR:** Ineffective Assistance of Counsel (Luis Rafael Rivera) Related to Appeal Process.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____
(See Attached Memorandum of Law in Support)
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Ineffective Assistance of Counsel claims generally not cognizable on Direct Review.
_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏  No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏  No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏  No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:  Yes;

   all grounds presented herein have not been previously presented because

   they relate to ineffective assistance of counsel; such claims are

   generally not cognizable on direct review.

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the

judgment you are challenging? Yes ❏  No ☒

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, and the

issues raised. _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the
    judgment you are challenging:

    (a) At preliminary hearing: Unknown; Counsel Insurieta _____

    _____

    (b) At arraignment and plea: Christie Pimentel _____

    _____

    (c) At trial: NA _____

    _____

    (d) At sentencing: Luis Rafael Rivera _____

    _____

    (e) On appeal: Luis Rafael Rivera _____

    _____

    (f) In any post-conviction proceeding: NA (Pro Se) _____

    _____

    (g) On appeal from any ruling against you in a post-conviction proceeding: NA _____

    _____

    _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court
    and at the same time? Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are
    challenging?          Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or

    sentence to be served in the future?          Yes ☐ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 13

Therefore, movant asks that the Court grant the following relief: _Vacate Sentence._

_____

_____

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this
Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on _2 - 2024 · 29_

_____ (month, date, year).

Executed (signed) on _2 - 2024 · 29_ (date).

X COPLIN · BENJAMIN · B
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this
motion. _____

_____

_____

* * * * *